# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| RICHARD BRIAN ARTHUR, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | No. 07-5105-CV-SW-DW |

**ORDER**

On October 23, 2007, Movant filed his Motion to Vacate, Set Aside or Correct Sentence. (Doc. 1). Movant subsequently filed a Motion to Dismiss Case. (Doc. 10). Movant states that he "is not fully aware...that his 28 U.S.C. § 2255 Motion is WITHOUT merits." No opposition was filed.

The Court hereby GRANTS Movant's Motion to Dismiss. (Doc. 10). This case is hereby DISMISSED. The Clerk of the Court shall mark the case as CLOSED.

Date: February 20, 2008

/s/ Dean Whipple
Dean Whipple
United States District Judge